**SEALED** **FILED**

OCT 19 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JORDAN DUNCAN<br><br>Defendant(s) | )<br>)<br>) Case No. 7:20-mj-1272-RJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 2019 through the present** in the county of **Onslow** in the **Eastern** District of **NC and elsewhere**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 371 | conspiracy |

This criminal complaint is based on these facts:
See Affidavit, attached

☐ Continued on the attached sheet.

_____
Complainant's signature

John C. Little, SA NCIS
Printed name and title

On this day, John L. Little appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: October 19 2020

City and state: Wilmington, NC

_____
Judge's signature

ROBERT B. JONES, JR, U.S. Magistrate Judge
Printed name and title