IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-167-3-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION REGARDING EXHIBITS |
| JORDAN DUNCAN, | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has reviewed all Exhibits submitted at the detention hearing in this matter held on December 10, 2020, and makes the following requests, with consent of counsel for defendant:

1. The government requests that Exhibit 6, submitted at hearing and placed under seal at the conclusion thereof, remain under seal. Fed. R. Crim. Proc. 49.1(d).

2. The government further requests the Court accept the attached Exhibit 6 as a redacted version for the public record. Fed. R. Crim. Proc. 49.1(d).

3. Finally, it is requested that Exhibits 1 through 5 and Exhibits 7 and 8, which had been placed temporarily under seal to assure compliance with Rule 49.1, be unsealed. Those exhibits have been reviewed, and do not contain any information protected from disclosure (including the dates of birth reflected in Exhibit 3).

Respectfully submitted, this 11th day of December, 2020.

                                ROBERT J. HIGDON, JR.
                                United States Attorney

By:    */s/ Barbara D. Kocher*
        BARBARA D. KOCHER
        Assistant U.S. Attorney
        150 Fayetteville St., Suite 150
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail:barb.kocher@usdoj.gov
        NC Bar: 16360

CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of December, 2020, served a copy of the foregoing upon the defendants by filing within the CM/ECF system, which will serve copies upon counsel of record.

By: */s/ Barbara D. Kocher*
BARBARA D. KOCHER
Assistant U.S. Attorney
150 Fayetteville St., Suite 150
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360