IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-CR-167-M-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JORDAN DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

With the consent of defendant, for good cause shown, and pursuant to Fed. R. Crim. P. 49.1(d), the court ALLOWS the government's motion (D.E. 57) regarding the eight exhibits that it introduced and the court admitted under temporary seal at the detention hearing in this case on 10 December 2020 (*see* D.E. 54) and further ORDERS as follows:

1. Exhibit 6 shall be permanently sealed;

2. the government's proposed redacted Exhibit 6 (D.E. 57-1) shall be publicly filed; and

3. all the other exhibits, Exhibits 1 through 5, 7, and 8, shall be unsealed.

This 15th day of December 2020.

James E. Gates
United States Magistrate Judge