IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CR-00167-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JORDAN DUNCAN *also known as* ) | |
| SOLDIER, ) | |
| Defendant. ) | |

This matter is before the court on Defendant's Motion to Revoke Magistrate's Order of Detention and Supporting Memorandum of Law [DE-67]. The court has (1) read the record in this case and all briefing related to the present motion, (2) reviewed the transcript of the original detention hearing before Magistrate Judge Gates, (3) heard additional oral argument by counsel for both parties and reviewed exhibits on January 15 and 21, 2021, and (4) reviewed the U.S. Probation Office's findings of residence suitability for potential pretrial release and electronic monitoring, per this court's request.

For the reasons previously articulated by Magistrate Judge Gates at the conclusion of the Defendant's original detention hearing, see Official Tr. Detention Hr'g Day 2 [DE-81], and the Probation Office's findings after an assessment of the proposed release address, which did not reveal any additional information supporting release [DE-87], the motion is DENIED. The original Order of Detention Pending Trial [DE-55] remains and Defendant has been remanded to the custody of the U.S. Marshals pending trial accordingly, pursuant to 18 U.S.C. § 3142(e).

SO ORDERED this the 21st day of January, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE