IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN DUNCAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to continue the arraignment and trial [DE 237]. For good cause shown, the motion is GRANTED. Defendant shall be allowed until December 14, 2022 to file pretrial motions, and the Government shall file any responses by December 28, 2022. Defendant's arraignment is continued until the January 10, 2023 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 8th day of November, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE