IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>LIAM MONTGOMERY COLLINS;<br>JORDAN DUNCAN,<br><br>　　Defendants. | ORDER |

This matter comes before the court on the United States' motion to set trial and pretrial deadlines [DE 273] and the parties' joint status report [DE 291]. The parties agreed on the proposed pretrial motions deadline of June 5, 2023 and corresponding response deadline of June 19, 2023. DE 273 at 2; DE 275 at 1. Defendant Jordan Duncan opposed the remaining deadlines proposed by the government. DE 275 at 1. On March 2, 2023, the court granted the motion in part and set a pretrial motions deadline of June 5, 2023 and a corresponding response deadline of June 19, 2023. DE 278.

The court later held a motion hearing on the remaining proposed deadlines and instructed the parties to file a status report informing the court which trial dates and deadlines would be mutually acceptable. The anticipated status report has been filed to the court's satisfaction. DE 291. The court finds that the proposed trial date and deadlines reflect the parties' mutual agreement, the complexity of the Defendants' cases, the presence of sensitive discovery materials, the need for the above-named Defendants to prepare an adequate defense, and the need to impose greater certainty due to the Defendants' cases' already extended prosecution. Accordingly, the

motion [DE 273] is GRANTED. The trial and relevant deadlines in the cases against the above-named Defendants are set as follows:

| Trial | 3/4/2024 |
|---|---|
| JI and voir dire | 2/16/2024 |
| Rebuttal Experts | 2/9/2024 |
| US and Defense Experts | 1/15/2024 |
| Arraignment | 12/14/2023 |
| Response to Pretrial Motions | 9/8/2023 |
| Pretrial Motions (Discovery, Rule 12, pre-trial) | 8/15/2023 |

The court has determined that the ends of justice served by granting the United States' motion outweigh the best interests of the public and Defendants in a speedy trial. Any delay occasioned by granting the United States' motion shall therefore be excluded in computing Defendants' speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 11th day of May, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE