IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN DUNCAN,

    Defendant.

ORDER

This matter comes before the court on Defendant's motion to seal the documents located at DE 342, 343, and 344 [DE 345]. For good cause shown, the motion is GRANTED. The Clerk of Court shall maintain the documents located at DE 342, 343, and 344 under seal until further notice by the court.

SO ORDERED this 6th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE