IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00167-M-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | TRIAL SCHEDULING ORDER |
| v. | ) | |
| | ) | |
| JORDAN DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

This case is set for a jury trial to commence **March 4, 2024 at 10:00 a.m.** before Richard E. Myers II, Chief United States District Judge, in Courtroom 1, 2 Princess Street, Wilmington, North Carolina. Trial is estimated to run for three days.

The court will hold a pretrial conference on Monday, **February 26, 2024 at 2:00 p.m.** in Courtroom 1, Wilmington. Counsel for the parties shall produce copies of their witness lists and exhibit lists at the conference, and shall be prepared to discuss disagreements, if any, concerning the parties' proposed lists, voir dire questions, jury instructions, and/or verdict form; evidentiary issues, including any motions in limine; contested issues of law; and suggestions, if any, for how to streamline the trial.

On or before February 16, 2024, counsel for each party shall file: (1) proposed voir dire questions (*see* Local Criminal Rule 24.2(b)); and (2) requests for jury instructions (*see* Local Criminal Rule 30.1), including an instruction containing the parties' stipulation(s), and (3) a proposed verdict form. Counsel shall also submit Word copies of these documents to chambers, addressed to Documents_Judge_Myers@nced.uscourts.gov.

In addition, counsel for each party shall file any motions in limine on or before February 2, 2024. Any responses shall be filed on or before February 16, 2024.

Furthermore, with respect to expert witnesses:

- No later than January 15, 2024, the parties shall make the following disclosures, if any:

  (a) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its case-in-chief; and

  (b) if the Defendant has given notice of intent to introduce expert evidence relating to the Defendant's mental condition pursuant to Fed. R. Crim. P. 12.2(b), the Defendant shall make the disclosures required by the second bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i).

- No later than January 29, 2024, the parties shall make the following disclosures, if any:

  (a) the Defendant shall make the disclosures required by the first bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i); and

  (b) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G)(i) on the issue of the Defendant's mental condition.

- No later than February 9, 2024, the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its rebuttal case.

SO ORDERED this ___14th___ day of December, 2023.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2