IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN DUNCAN,

    Defendant.

ORDER

This matter comes before the court on Defendant Jordan Duncan's ("Duncan") motion to compel the government to reveal the identity of its cooperating witness ("CW") [DE 322]. The court has reviewed *in camera* all materials relating to the CW's identity and the government's recruitment, use, and interaction with that individual. The court finds that all disclosable materials have in fact been disclosed to Duncan. Should the CW be called to testify for the government, the CW's identity, criminal history, and all applicable *Brady*, *Giglio*, and *Jencks* materials shall be disclosed at the appropriate time.

SO ORDERED this 5th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE