IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cr-00167-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORDAN DUNCAN, <br><br> Defendant. | ORDER |

This matter comes before the court on the Defendant's Renewed Motion for Reasonable Access to Electronic Discovery While Incarcerated [DE 387] and Notice of Waiver of Right to Trial by Jury [DE 388]. Defendant requests a nonjury trial on the pending conspiracy charges and expanded access to electronic discovery. Defendant does not indicate the Government's position with respect to the requests.

The court will hold a status conference on Thursday, February 22, 2024 at 10:00 a.m. The Government shall be prepared to discuss its position on Defendant's requests. The court reminds the parties that before filing any motion, "the movant must confer with the opposing party regarding the relief requested and must note in the motion the movant's efforts to confer and the opposing party's position on the requested relief (i.e., opposed, unopposed, none)." *See* Hon. Richard E. Myers II, Practice Preferences and Procedures, I.A.

SO ORDERED this 16th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE