UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:20-CR-00167-M-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN DUNCAN | NOTICE OF WITNESS VELARDI'S INTENT TO INVOKE THEIR FIFTH AMENDMENT PRIVILEGE AT TRIAL |

      The Defendant, Jordan Duncan, through undersigned counsel, gives notice to this Court that a witness, Domenick Velardi, that the defense has under subpoena to testify at trial, has informed the undersigned, through their counsel in New York, Mr. Kerry Lawrence, that they intend to invoke their Fifth Amendment privilege if called to testify at trial. The undersigned understands that counsel for Velardi desires to have the Court determine whether Velardi should be considered legally unavailable for trial, due to the stated intent to invoke the Fifth Amendment privilege, and excused from their subpoena. Counsel for Velardi provided the undersigned with an affidavit from Velardi as to their intent to invoke the Fifth Amendment. *See* Exhibit A (Velardi affidavit). The undersigned informed counsel for Velardi that they would notify this Court of Velardi's stated intent to invoke their Fifth Amendment privilege.

****

Respectfully submitted, this the 19th day of February, 2024.

        TARLTON LAW PLLC

        /s/ Raymond C. Tarlton
        RAYMOND C. TARLTON
        Attorney for Defendant
        Post Office Box 91624
        Raleigh, NC 27675
        Telephone: 919.390.1278
        Fax: 919.246.6145
        E-mail: ray@tarltonfirm.com
        N.C. State Bar No. 38784

        *Designation: CJA Appointed*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to Assistant United States Attorney Barbara Kocher.

This the 19th day of February, 2024.

/s/ Raymond C. Tarlton
Raymond C. Tarlton