UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

JORDAN DUNCAN,

              Defendant.

----------------------------------------------------------X

Case No.: 7:20-cr-00167-M-3

**AFFIDAVIT**

STATE OF NEW YORK)
                   ) ss.:
COUNTY OF WESTCHESTER)

DOMENICK LOUIS VELARDI being duly sworn herein deposes and states:

1. If called as a witness, on the advice of counsel, I intend to invoke my Fifth Amendment privilege in connection with any matter relating to the above captioned criminal case.

_____
DOMENICK LOUIS VELARDI

Sworn to before me this 15th day of February 2024.

_____
Notary Public

KERRY A. LAWRENCE
Notary Public, State Of New York
No. 02LA6069044
Qualified In Westchester County
Commission Expires May 21, 2027