

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-167-3-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **SUPERSEDING** |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| JORDAN DUNCAN, a/k/a "Soldier" | ) | |

The United States Attorney charges that:

In or about June 2019, in the Eastern District of North Carolina and elsewhere, the defendant, JORDAN DUNCAN, a/k/a "Soldier," aiding and abetting another, knowingly manufactured a firearm, to wit, a rifle having a barrel of less than 16 inches in length, in violation of Title 26, United States Code, Sections 5822, 5845(a)(3), 5861(f), 5871 and 18 U.S.C. § 2.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

This __13th__ day of June, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney


BY: BARBARA D. KOCHER
Assistant United States Attorney