# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

NO. 7:20-CR-00167-3M
NO. 7:20-CR-00167-5M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CONSENT MOTION |
| | ) | CONCERNING SENTENCINGS |
| JORDAN DUNCAN | ) | |
| a/k/a "Soldier" | ) | |
| JOSEPH MAURINO | ) | |
| a/k/a "Bishop" | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, with consents of defendants through counsel, hereby moves to (1) continue sentencing in the Jordan Duncan matter and (2) for an order setting sentencing in the Joseph Maurino matter at any available term of Court October 7 through 31, 2024. In support thereof, the government submits the following:

1.       Defendant Jordan Duncan is currently scheduled for sentencing on September 25, 2024, at 2:45 PM.

2.       Undersigned counsel will be out of the country the entire week of the Court's September 23rd term.

3.       In late August, 2024, co-counsel Barbara D Kocher began a year assignment as a Senior Advisor to the Office of the Director, Bureau of Prisons and is unavailable for court appearances on behalf of the United Sates Attorney's Office

1

during that time.

3.     Defendant Joseph Maurino's sentencing is currently "continued until further order of the Court." D.E. 299.   All co-defendants have been sentenced or are set for sentencing, and this defendant's case, too, is ripe for sentencing.

4.     Counsel for both defendants were contacted for their position on an October 2024 sentencing, and both consented, but one counsel noted conflict the first week of October.   Therefore, it is requested sentencing be set on an available docket between October 7 and 31, 2024.


Respectfully submitted, this 18th day of September, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

/s/ *Gabriel J. Diaz*
GABRIEL J. DIAZ
Assistant U.S. Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
E-mail: gabriel.diaz@usdoj.gov
NC Bar: 49159

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 18th day of September, 2024, served a copy of the foregoing Motion to Continue upon the defendant in this action by electronic filing within the CM/ECF system, which will send notice to counsel of record, Damon Chetson and Raymond Tarlton.

<u>/s/ *Gabriel J. Diaz*</u>
GABRIEL J. DIAZ
Assistant U.S. Attorney